NUMBER 13-05-144-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________

ABELARDO B. URQUIZO,                                                   Appellant,

v.

FRANCES A. URQUIZO,                                                      Appellee.
___________________________________________________________________

On appeal from the 319th District Court 
of Nueces County, Texas
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Rodriguez, Castillo, and Garza
Memorandum Opinion Per Curiam

         Appellant, ABELARDO B. URQUIZO, attempted to perfect an appeal from a
judgment entered by the 319th District Court of Nueces County, Texas, in cause
number 02-4829-G. Judgment in this cause was signed on December 5, 2003. 
Pursuant to Tex. R. App. P. 26.1, appellant’s notice of appeal was due on January 5,
2004, but was not filed until February 24, 2005. 
         Notice of this defect was given so that steps could be taken to correct the
defect, if it could be done. Appellant was advised that, if the defect was not corrected
within ten days from the date of receipt of this Court’s letter, the appeal would be
dismissed. To date, no response has been received from appellant.
         The Court, having examined and fully considered the documents on file,
appellant’s failure to timely perfect his appeal, and appellant’s failure to respond to this
Court’s notice, is of the opinion that the appeal should be dismissed for want of
jurisdiction. The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.
                                                               PER CURIAM


Memorandum Opinion delivered and filed this
the 28th day of April, 2005.